| | |
|---|---|
| 1 | |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | |

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES FOR THE USE AND BENEFIT OF COFFMAN SPECIALTIES, INC. and COFFMAN SPECIALTIES, INC., <br><br>Plaintiff, <br><br>v. <br><br>MARTIN BROTHERS CONSTRUCTION and FIDELITY AND DEPOSIT COMPANY OF MARYLAND, <br><br>Defendant. | No. 2:18-CV-01113-KJM-EFB <br><br>**ORDER REGARDING STIPULATION TO BINDING ARBITRATION OF DISPUTES AND STAY OF ACTION** |

The court, having considered the foregoing Stipulation to Binding Arbitration of Disputes and Stay of Action ("Stipulation"), and having found good cause, hereby issues the following Order:

1. This Action shall be stayed until after the arbitration proceeding is finally completed and either (a) a petition to confirm or vacate the arbitration award is filed with th Court; (b) a Request for Dismissal of this action is filed with the Court; or (c) further Order of the Court.

2. The Court shall retain jurisdiction of the action.

*///*

**IT IS SO ORDERED.**

DATED: June 11, 2018

_____
UNITED STATES DISTRICT JUDGE