UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES FOR THE USE AND BENEFIT OF COFFMAN SPECIALTIES, INC. and COFFMAN SPECIALTIES, INC., | No.  2:18-cv-01113 KJM EFB |
| Plaintiff, | **ORDER** |
| v. | |
| MARTIN BROTHERS CONSTRUCTION and FIDELITY AND DEPOSIT COMPANY OF MARYLAND, | |
| Defendant. | |

The undersigned hereby recuses herself from this action under 28 U.S.C. § 455(a).

Accordingly, IT IS HEREBY ORDERED that the Clerk of the Court is directed to randomly

reassign this case to another district judge for any further proceedings that may be appropriate or

required.  All dates set in the above-entitled action before the undersigned are hereby vacated.

The Clerk of the Court shall make appropriate adjustment in the assignment of civil cases to

compensate for this reassignment

DATED:  June 21, 2018.

_____
UNITED STATES DISTRICT JUDGE

1