UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES FOR THE USE AND BENEFIT OF COFFMAN SPECIALTIES, INC. and COFFMAN SPECIALTIES, INC.,<br><br>Plaintiff,<br><br>v.<br><br>MARTIN BROTHERS CONSTRUCTION and FIDELITY AND DEPOSIT COMPANY OF MARYLAND,<br><br>Defendant. | No. 2:18-CV-01113-JAM-JDP<br><br>**ORDER FOR DISMISSAL WITH PREJUDICE** |

Pursuant to the Request for Dismissal filed by Plaintiffs, UNITED STATES FOR THE USE AND BENFIT OF COFFMAN SPECIALTIES, INC. and COFFMAN SPECIALTIES, INC., this entire action and all causes of action are dismissed with prejudice.

DATED: October 13, 2020              /s/ John A. Mendez
                                     THE HONORABLE JOHN A. MENDEZ
                                     UNITED STATES DISTRICT COURT JUDGE